FILED
2016 Feb-02 AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form



# In the United States District Court For the Northern District of Alabama

FILED
2016 FEB -1 A II: 32
U.S. DISTRICT COURT
N.D. OF ALABAMA

James MAURICE, Broadhead. AIS #224802.

CV-16-HA-0183-S

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Correctional, Robert Hunter,
Correctional, MHP, Danielle Austin,
Correctional, Larry Winta,
Correctional, St, Phard,
Correctional, nurse, LPN, Amberly Click,
Correctional, Betty Stevenson,
Officers, c/o, Antquun Hill,
Officers, c/o, Brion Robinson,
Officers, c/o, FLEETON,
Correctional, Warden, Angela Miree
Correctional, MHP, Washington,
Officers, c/o, Odom,
Correctional, Bonner,
Officers, c/o, Warner Hightower,
Officers, c/o, Michael Chambers,
Officers, Sergeant, CliNTON Thrasher
Officers, c/o, D, Johnson,
Officers, c/o, M, Gasdon,
Correctional, RN, nurse, Tarsha Scott,

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiff(s): ______

Defendant(s) ______

2. Court (if Federal Court, name the district; if State Court, name the county)

______

3. Docket Number ______

4. Name of judge to whom case was assigned ______

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

______________________________

______________________________

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition ______________

II. Place of present confinement William E, Donaldson Correctional Facility.

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No (✓)

C. If your answer is YES:

1. What steps did you take? robert Hunter, and Danielle Austin, Correctional Officers

2. What was the result? Larry Winta and st, Phard. and Amberly Click and Betty Stevenson, and Antquwn Hill, and Brian Robinson and FLEETON. and Angela Minee, and Washington, and Odom, and Bonner. and Warner

D. If your answer is NO, explain why not? Hightowre, and Michael Chambers, and Sergeant, Clinton Thrasher. and D, Johnson, and monikA Gasdon, and RN Tarsha Scott, and [redacted] nurse LPN, Pickeas.

______________________________

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) James mAurice, Broadhead.
William E, Donaldson Correctional Facility.
100, Warrior Lane,

Address Bessemer AL, 35023

Clerk of Court
Dear, Sharon Harris,

this incident that i filed on this Officers did happenned and i have medical documents to prove that it did happenned. and theres nobody having me doing this; my statement is what you see in writing. thats the way this incident happenned, and i would like for the court (to) process it. as i wrote it which is the only way that happenned. i only wrote the truth about the incident,

x James Broadhead,
AIS #224802,
Segregation S-12,
1-24-2016.

IV, EXHAUSTion of LegAL remedies.

16) There is no! Inmate Grievance procedure in the Alabama Department of Corrections Ar #319, Inmate Griexance procedure is not available to inmates Because it is still on review,

17) Plaintiff, re-allege and incorporate by reference to paragraphs 1-16. 18) The unlawful Deadly Physical Force on-plaintiff Constitute AssAult and Battery Violated plaintiff, James Broadhead rights and Constituted A Criminal Offense in Alabama under the Statutes code 1896 344, Sections § 13A-3-23, Section § 13A-12 (8) sections § 13A-1-2. (9). of the criminal Code of 1975, 19) The broken El-bow and burst head and teeth broken of plaintiff, Violated plaintiff, James, rights under the statutes sections § 13A-3-23, 13-A-1-2.(8).

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant ______________________________

is employed as ______________________________

at ______________________________

C. Additional Defendants ______________________________

______________________________

______________________________

______________________________

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

13-A-1-2(9) of the criminal Code of 1975, and constituted Dueprocess Violation unde Color of state law, under the section § 8, 10, 11, 13, 15, of Art I of the constitution of Alabama of 1901. 20) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein Plaintiff has been and will continue to beirreparably injured by the court of the defendants unless the court grants the prosedutions and the compensatory and punitive damages relief which plaintiff seeks. VI, Prayer For relief Wherefore plaintiff respectfully prays that this courtenter judgment granting Plaintiffs: 21.) A declaration that the acts and omissions described herein Violated Plaintiffs rights under the Statutes under the criminal Offense under the title 13A criminal code of 1975, and the constitution and laws of the State of Alabama. 22.) compenseatory damages in the amount of against each defendant jointly and Severally 23.) Punitive damages in the amount of against each defendant 24.) A jury trial on all issuest triable by jury 25.) Granting Appoinntme

nt of counsel 26) Plaintiff cost in this case 27) Circuit Court judges outhority granted them by law to exercise such other powers as are or may be granted them by law[312-17-26 code of Alabama 1975]. Date, 12-27-2015, I James m, Broadhead would like to make a state menton behalf of the assault that took place on me I was for ws to the ground from ablow to my testicle while on the aroundiw as Kick-ed again and again to the testicle This type of assault per For Form ued.on me was out of hate Be douse of my convictich How i Know this to bet rue In the process of being assault to the testicle I could heara vaice say and, quote you'll hever be able to rape anot her old ladyung uote you'll hever be able to rape another This is how i Know said assault It was per form-ed out of pare hate, Date, 12-27-2015, The Prisondo noT have agrieronce Procezyre But I" sTill madecomplaint To warden and commissioner I" was PuTon Transfer

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Donaldson so I" ExhausT all avaiLable administrative remedies before The filing of This The acT of The (crua) [illegible] Correctional, Robert Hunter, and Danielle Austin, all (4) is emPLoyed as DefendanTs acted under sTaTe Law and color of sTaTe law with DeadLy Excessive force as The PlainTiff was BeaT and sTruck wiTH security sTicks by (4) Correctional Named herein as DefendanTs In said case There fore The PlainTiff was sTrucka, "Cooper Green HosPiTal" 987, Times by The (4) Named DefendanTs as The PlainTiff was Placed In 2 free world HosPiTal, where He Had a brokenarm in (3) Places and sTaPles In The Head and (3) or (4) TeeThe was Knocked outas

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-26-2016,
(date)

There was ThreaTs on The PlainTiff Life The PlainTiff was Transfered for His safeTy as The Plaiff Had fracTure To His feeT and anKle area from Deadly Excessive force from DefendanTs. "CompensaTory Damages In The amounT of $10,000,00 againsTeach DefendanT JoinTLy and sererolly for Irre Parble Injurys.....PuniTive Damages, IN The amounT of $10,000,00 againsTeach DefendanT, JoinTly and severally for IrreParable Injurys........for aToTal sum of $80,000,00 Thous and Dollars ToTal Claim PlainTiff cosT In lawsuiT,

James maurice, Broadhead
William E, Donaldson Correctional Facility.
100, Warrior Lane
Bessemer Al, 35023

AIS # 224802,

[signature]
Signature(s)